DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Cloninger<br><br>Case below:<br>177 N.C. App. 564 | No. 342P06 | Def's PWC (COA05-1039) | Denied<br>8/17/06 |
| State v. Corday<br><br>Case below:<br>177 N.C. App. 564 | No. 288P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-759) | Denied<br>8/17/06 |
| State v. Esquivel-<br>Lopez<br><br>Case below:<br>177 N.C. App. 565 | No. 337P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1096) | Denied<br>8/17/06 |
| State v. Everett<br><br>Case below:<br>178 N.C. App. 44 | No. 350A06 | 1. AG's NOA (Dissent) (COA05-1197)<br><br>2. AG's Motion for Motion for<br>Temporary Stay<br><br>3. AG's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>07/10/06<br><br>3. Allowed<br>8/17/06 |
| State v. Green<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 345P06 | Defendant-Appellant's Motion for<br>Temporary Stay (Forsyth County) | Denied<br>06/30/06 |
| State v. Hammond<br><br>Case below:<br>177 N.C. App. 812 | No. 349P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-993) | Denied<br>8/17/06 |
| State v. Johnson<br><br>Case below:<br>162 N.C. App. 181 | No. 053P04-2 | Def's Motion for "Petition for Plain Error<br>Review N.C.G.S. 7A-28B(1) (2) (3) (4)"<br>(COA03-341) | Dismissed<br>8/17/06 |
| State v. Jones<br><br>Case below:<br>177 N.C. App. 565 | No. 333P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1264) | Denied<br>8/17/06 |